**UNITED STATES of America, Petitioner,**

v.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, Respondent.**

**Lawrence F. LESTER, Real Party in Interest.**

No. 78-2725.

United States Court of Appeals, Ninth Circuit.

Dec. 26, 1978.

---

Robert L. Brosio, Mark S. Geraghty, Asst. U.S. Attys., Los Angeles, Cal., for petitioner.

Ron Minkin, Los Angeles, Cal., for respondent.

## ORDER

Before CHOY and WALLACE, Circuit Judges.

The Government has petitioned this Court for a writ of mandamus. However, the United States has an alternative means of review, that is, appeal from a final judgment under 28 U.S.C. § 1291. The challenge as to the district court's failure to impose a special mandatory parole term possesses the necessary characteristics of "independence and completeness" that are required for review under 28 U.S.C. § 1291 without regard to the limitations of 18 U.S.C. § 3731. *Carroll v. United States,* 354 U.S. 394, 406, 77 S.Ct. 1332, 1 L.Ed.2d 1442 (1957); *United States v. Busic,* 592 F.2d 13, 25–26, (2d Cir. 1978).

Therefore, the petition is denied.